UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.

JULIE BLAKESLEE,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

**Delay of Mail**

From no later than on or about March 13, 2024, to on or about March 19, 2024, in Grand Traverse County, in the Southern Division of the Western District of Michigan, the defendant,

JULIE BLAKESLEE,

being a Postal Service employee, unlawfully secreted, detained, and delayed letters and mail entrusted to her and which came into her possession, and which were intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service.

**18 U.S.C. § 1703(a)**

                        A TRUE BILL

                        [ /s/ Redacted ]
                        GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
CHRISTOPHER M. O'CONNOR
Assistant United States Attorney